**Order filed, July 18, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00581-CV
_____

**THE UNIVERSITY OF TEXAS MEDICAL BRANCH AT GALVESTON,**
**Appellant**

**V.**

**KAI HUI QI, Appellee**

---

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 11-CV-0043**

---

## ORDER

The reporter's record in this case was due **July 2, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Joni Bono**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM